1  JORDAN S. ALTURA  (SBN: 209431)
   jaltura@grsm.com
2  REBECCA A. HULL  (SBN:  99802)
   rhull@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
7

   Glenn R. Kantor – State Bar No. 122643
8    E-mail:  gkantor@kantorlaw.net
   Anna Martin – State Bar No. 154279
9    E-mail:  amartin@kantorlaw.net
   KANTOR & KANTOR, LLP
10 19839 Nordhoff Street
   Northridge, CA  91324
11 Telephone:  (818) 886-2525
   Facsimile:  (818) 350-6272
12

   Attorneys for Plaintiff
13 ELISA THOMPSON

14 TIMOTHY J. NALLY
   California Bar No. 288728
15 E-Mail:  Timothy.Nally@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
16 2020 West El Camino Avenue, Suite 700
   Sacramento, CA  95833
17 Telephone:  916-646-8235
   Facsimile:  916-564-5444
18

   Attorneys for Defendants
19 ORACLE CORPORATION, ORACLE AMERICA, INC., and
   ORACLE CORPORATION LONG TERM DISABILITY PLAN
20

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELISA THOMPSON | ) | Case No. 4:21-cv-00026-YGR |
|  | ) |  |
| Plaintiff, | ) | **ORDER GRANTING STIPULATION TO (1) EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a)); AND (2) CONTINUE CASE MANAGEMENT CONFERENCE DATE;** [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| ORACLE CORPORATION; ORACLE AMERICA, INC.; ORACLE CORPORATION LONG TERM DISABILITY PLAN; and HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

TO THE HONORABLE COURT:

Plaintiff Elisa Thompson ("Plaintiff"), and Defendants Hartford Life and Accident Insurance Company, and Oracle Corporation, Oracle America, Inc., and Oracle Corporation Long Term Disability Plan (collectively "Defendants"), by and through their respective counsel of record, hereby agree and stipulate to the following:

WHEREAS Plaintiff filed her Complaint on January 4, 2021, and served Defendants Hartford Life and Accident Insurance Company, Oracle Corporation, and Oracle America, Inc., on January 22, 2021, and Oracle Corporation Long Term Disability Plan ("the Plan") on January 27, 2021;

WHEREAS the current deadline for Hartford Life and Accident Insurance Company, and Oracle Corporation, Oracle America, Inc., to respond to the Complaint is February 12, 2021, and the Plan's current deadline to respond to the Complaint is February 17, 2021;

WHEREAS Defendants require additional time to prepare their responses to the Complaint, and Plaintiff and Defendants have agreed that Defendants shall have through and including March 1, 2021, to file their responses to Plaintiff's Complaint;

WHEREAS there has been no prior extension of time to respond to the Complaint;

WHEREAS on February 9, 2021, as the parties were preparing to file a stipulation memorializing their agreement to extend Defendants' time to respond to the Complaint, the Court entered its Order (ECF 15) setting a case management conference for March 1, 2021, the date on which the parties contemplated that Defendants' responsive pleadings would be due, and ordering that case management statements be filed on or before February 22, 2021; and

WHEREAS the Defendants wish to prepare and file their responsive pleadings prior to preparing a case management statement;

IT IS THEREFORE STIPULATED and agreed, by and between Plaintiff and Defendants through their respective counsel of record, that Defendants shall have until and through March 1, 2021, to file their responses to Plaintiff's Complaint, and

IT IS FURTHER STIPULATED that the Case Management Conference now set for March 1, 2021, shall be continued to a date shortly thereafter that is convenient to the Court's

calendar.

IT IS SO STIPULATED.

Dated: February 10, 2021   KANTOR & KANTOR LLP

By  */s/ Glenn R. Kantor*
Glenn R. Kantor
Anna Martin
Attorneys for Plaintiff
ELISA THOMPSON

Dated: February 10, 2021   GORDON REES SCULLY MANSUKHANI, LLP

By  */s/ Jordan S. Altura*
Jordan S. Altura
Rebecca A. Hull
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

Dated: February 10, 2021   LEWIS BRISBOIS BISGAARD & SMITH LLP

By   */s/ Timothy J. Nally*
Timothy J. Nally
Attorneys for Defendants
ORACLE CORPORATION, ORACLE AMERICA,
INC., and ORACLE CORPORATION LONG
TERM DISABILITY PLAN

**ATTESTATION OF E-FILED SIGNATURE**

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Stipulation to Extend Time to Respond to Complaint. In compliance with Local Rule 5-1(i), I hereby attest that Glenn R. Kantor, counsel for Plaintiff Elisa Thompson, and Timothy J. Nally, counsel for Defendants Oracle Corporation, Oracle America, Inc. and Oracle Corporation Long Term Disability Plan, have concurred in this filing.

Dated: February 10, 2021   By  */s/ Jordan S. Altura*
Jordan S. Altura

-3-   Case No. 4:21-cv-00026-YGR
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE
CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

# [PROPOSED] ORDER

Having reviewed the foregoing Stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

That Defendants shall have until and through March 1, 2021, to file their responses to Plaintiff's Complaint; and

That the currently scheduled March 1, 2021 Case Management Conference is **CONTINUED** to **April 26, 2021**, at 2:00 p.m., with a joint Case Management Statement due on **April 19, 2021**.

Dated: February 19, 2021

_____
YVONNE GONZALEZ ~~RODGERS~~ ROGERS
UNITED STATES DISTRICT JUDGE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1229125/56461592v.1

-4-   Case No. 4:21-cv-00026-YGR
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER