# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, ET AL.,<br><br>    Defendants. | Case No. 4:21-cv-00026-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 27 |

Defendants Oracle Corporation, Oracle America, Inc., and Oracle Corporation Long Term Disability Plan (collectively, "Defendants") filed a motion to dismiss plaintiff Elisa Thompson's first amended complaint on April 19, 2021. (Dkt. No. 27.) The motion was heard by the Court on June 29, 2021 by videoconference.

Having carefully consider the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record, the motion to dismiss is **GRANTED** with leave to amend.

This Order terminates Docket Number 27.

**IT IS SO ORDERED.**

Dated: July 6, 2021

                                                        YVONNE GONZALEZ ROGERS
                                                        UNITED STATES DISTRICT JUDGE