UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, et al.,<br><br>    Defendants. | Case No. 21-cv-00026-TLT<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE SANCTIONED FOR FAILING TO APPEAR** |

On November 29, 2022, Defendants Oracle Corporation, Oracle America, Inc. and Oracle Corporation Long Term Disability Plan (collectively, "Defendants") filed a motion for summary judgment on all five counts of Plaintiff Elisa Thompson's ("Plaintiff") second amended complaint. ECF No. 79. On December 13, 2022, Plaintiff filed a cross-motion for partial summary judgment on count one of her second amended complaint, for summary judgment on Defendants' two counterclaims, and Defendants' affirmative defenses of indefiniteness and statute of limitations. ECF No. 82. Both parties noticed their motions to be heard in person on March 7, 2023.

Defendants' counsel failed to appear at the motions hearing without providing advance notice. The hearing date and time have been set since November 29, 2022. *See* ECF No. 79. As the docket, the Court's public website, and the Court's Standing Order indicated, the hearing was held in person. *See* ECF Nos. 79, 82; *see also* Judge Thompson's Civil Standing Order ¶ 4 ("All hearings and appearances will be held in Courtroom 9 on the 19th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.").[1]

---

[1] The Court's public website unambiguously indicates that the Court's "Civil Law & Motion" calendar will be heard "(in person)." https://cand.uscourts.gov/trina-l-thompson/

Accordingly, the Court **ORDERS** Defendants' counsel to show cause why the Court should not impose sanctions for counsel's failure to appear at the hearing and comply with the Court's Standing Order and why counsel did not notify the opposing party of their anticipated non-appearance.  Counsel for the Plaintiff is invited to submit her costs and attorney's fees for today's appearance.

By **March 21, 2023**, Defendants' counsel shall file a declaration under penalty of perjury explaining the non-appearance or inability to have someone appear on Defendants' counsel's behalf.  An Order to Show Cause hearing is set for **April 7, 2023**, at 9 a.m. in San Francisco, California, Courtroom 09, 19th Floor, before Judge Trina L. Thompson.  Defendants' counsel must appear in person at the hearing.

Plaintiff's counsel may file a declaration of fees and costs incurred because of Defendants' counsel's potentially sanctionable conduct by **March 14, 2023**.  Defendants' counsel may file a written response to Plaintiff's counsel's declaration by **March 21, 2023**.

**IT IS SO ORDERED.**

Dated: March 7, 2023

TRINA L. THOMPSON
United States District Judge