UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ORACLE CORPORATION, et al.,<br><br>        Defendants. | Case No. 21-cv-00026-TLT<br><br>**DISCOVERY ORDER** |

       On May 11, 2023, the Court held a further case management conference. At the conference, the Court asked about the status of Jeff Carpenter. Mr. Carpenter is a former employee of Sun Microsystems, Inc., and a person likely to be a key witness in this case. Defendants stated that although they made efforts to locate Mr. Carpenter, their initial efforts proved unsuccessful.

       A district court has wide discretion in controlling discovery. *See Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Under Federal Rule of Civil Procedure 26(a)(1)(A)(ii), parties are required to provide "a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims and defenses." Fed. R. Civ. P. 26(a)(1)(A)(ii). These disclosures are mandatory and must be made "without awaiting a discovery request." *Id.* at 26(a)(1)(A). "If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence…at trial." *Id.* at 37(c)(1). This sanction is mandatory unless "the part[y's] failure to disclose the required information is substantially justified or harmless." *Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106 (9th Cir. 2001).

1    Here, it is undisputed that "[o]n or about January 27, 2010, [Defendant] Oracle Corporation finalized the purchase of Sun Microsystems." *See* Am. Pretrial Conference Statement ¶ 15, ECF No. 99. As such, it is possible Defendants acquired or possess identifying information about Sun Microsystems, Inc.'s former employees, including Mr. Carpenter.

    Accordingly, the Court **ORDERS** Defendants to provide all known identifying information and identifiers for Mr. Carpenter in the actual or constructive possession of Defendants forthwith. Any such information will be designated as "Highly Confidential – Attorneys' Eyes Only" and may be shared with counsel, their identified investigator, or necessary support staff only. Within two days of complying with this Order, both parties shall notify the court in writing that discovery on this issue is complete.

**IT IS SO ORDERED.**

Dated: May 12, 2023

TRINA L. THOMPSON
United States District Judge

2