UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA THOMPSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ORACLE CORPORATION, et al.,<br><br>        Defendants. | Case No. 3:21-cv-00026-TLT   (LJC)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

The parties in this action have been ordered to appear for a settlement conference. ECF No. 108. On May 18, 2023, counsel attended a telephonic pre-settlement conference with the undersigned to plan the settlement conference. ECF No. 125. The previously planned start time and format for this settlement conference are modified as follows.

On May 30, 2023, at 12 p.m., the parties and their counsel shall appear for a settlement conference with the undersigned. All participants in the settlement conference shall appear in person, except that Sarah Wilson, Senior Vice President and Associate General Counsel for Oracle, is excused from in-person attendance, and shall participate via Zoom. Timothy Nally, lead attorney for the remaining three Defendants, has informed the undersigned that Julie Berryhill, Senior Managing Counsel, has full settlement authority for the remaining Defendants in this action, and she is available to attend in person. Plaintiff Elisa Thompson and her counsel shall attend in person.

//

//

//

//

1   The undersigned's Settlement Conference Standing Order, Section D., requires lead
2   counsel for the parties to participate in the settlement conference.  Lisa Kantor, however, one of
3   the three lead attorneys for Plaintiff, is excused from participating in the May 30, 2023 settlement
4   conference.

6   **IT IS SO ORDERED.**
7   Dated: May 25, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge