KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA THOMPSON,<br>       Plaintiff,<br>vs.<br>ORACLE CORPORATION; ORACLE AMERICA, INC.; ORACLE CORPORATION LONG TERM DISABILITY PLAN; AND HARTFORD LIFE & ACCIDENT INSURANCE COMPANY<br>       Defendants.<br><br>ORACLE CORPORATION; ORACLE AMERICA, INC.<br>       Counterclaimant.<br>vs.<br>ELISA THOMPSON,<br>       Counter-Defendant. | CASE NO: 21-cv-00026 TLT<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: July 14, 2023

_____
TRINA L. THOMPSON
United States District Judge

1
[~~PROPOSED~~] ORDER OF DISMISSAL